# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **LENOVO (UNITED STATES) INC.; LENOVO GLOBAL TECHNOLOGY (UNITED STATES) INC.; MOTOROLA MOBILITY LLC** | ) ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 5:26-cv-00509-M |
| v. | ) ) | |
| **LONGHORN IP LLC; HAMILCAR BARCA IP LLC** | ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Oluwatayo Adewale, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LONGHORN IP LLC in Collin County, TX on July 24, 2026 at 4:40 pm at 8105 Rasor Blvd, Ste 210, Plano, TX 75024-0340 by leaving the following documents with Yasmine Maalej who as Owner is authorized by appointment or by law to receive service of process for LONGHORN IP LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY AND BAD-FAITH ASSERTION OF PATENT INFRINGEMENT
PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF SERVICE
NOTICE OF APPEARANCE OF CLAY C. WHEELER, CERTIFICATE OF SERVICE
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

Race: White, Sex: Male, Est. Age: Unknown, Hair: Brown, Glasses: N, Est. Weight: 220 lbs to 240 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=33.0888922584,-96.7958519633

Total Cost: $197.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Collin County ,

TX on 7/27/2026 .

/s/ *Oluwatayo Adewale*

Signature
Oluwatayo Adewale
+1 (214) 779-0250



Exhibit 1a)



Exhibit 1b)

Proof Job #1932357 | Serve #SRV-5G2W1CH    Page 4

Civil Action No.5:26-cv-509-M-RJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00      .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: